IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| GEORGE R. POWELL,<br>individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> vs.<br><br>SHISEIDO AMERICAS CORPORATION,<br><br>    Defendant. | Case No. 2:21-cv-02295-CSB-EIL<br><br>Judge Colin S. Bruce |

## CORPORATE DISCLOSURE STATEMENT

The undersigned, counsel of record for SHISEIDO AMERICAS CORPORATION, DEFENDANT, furnishes the following in compliance with Rule 11.3 of this court, and Federal Rule of Civil Procedure 7.1.

1. The full name of every party being represented by Blank Rome LLP is: Shiseido Americas Corporation.

2. Defendant Shiseido Americas Corporation is wholly owned by Shiseido Company, Ltd., a Japanese company publicly traded on the Tokyo Stock Exchange.

3. Attorneys from the law firm Blank Rome LLP will appear on behalf of Shiseido Americas Corporation.

            Respectfully submitted,

**DATED**: December 13, 2021    **BLANK ROME LLP**

            */s/ Jeffrey N. Rosenthal*
            Jeffrey N. Rosenthal
            One Logan Square
            130 North 18th Street
            Philadelphia, PA 19103
            Tel.: (215) 569-5553

Fax: (215) 832-5533
Email: jeffrey.rosenthal@blankrome.com

David J. Oberly
(*Motion for Admission Forthcoming*)
1700 PNC Center
201 E. Fifth Street
Cincinnati, Ohio 45202
Tel.: (513) 362-8711
Fax: (513) 362-8798
Email: david.oberly@blankrome.com

Amanda M. Noonan
(*Motion for Admission Forthcoming*)
444 W. Lake Street, Suite 1650
Chicago, IL 60606
Tel.: (312) 776-2537
Fax: (312) 896-9181
Email: amanda.noonan@blankrome.com

*Attorneys for Defendant,*
*Shiseido Americas Corporation*

**CERTIFICATE OF SERVICE**

I, Jeffrey N. Rosenthal, hereby certify that, on December 13, 2021, I electronically filed the foregoing Corporate Disclosure Statement with the Court via the ECF System, it is available for viewing and downloading from the ECF system, and a true and correct copy was served to all counsel of record registered with the ECF system.

**BLANK ROME LLP**

*/s/ Jeffrey N. Rosenthal*
Jeffrey N. Rosenthal

*Attorney for Defendant,
Shiseido Americas Corporation*