## **CERTIFICATE OF SERVICE**

I, Amy E. Keller, hereby certify that, on February 10, 2022, I electronically filed the foregoing *Plaintiff George R. Powell's Response In Opposition To Defendant's Motion For Leave To File Reply In Support Of Motion To Dismiss Plaintiff's Complaint* with the Court via the ECF System, it is available for viewing and downloading from the ECF system, and a true and correct copy was served to all counsel of record registered with the ECF system.

Respectfully Submitted,

**DICELLO LEVITT GUTZLER LLP**

By: /s/ *Amy E. Keller*
Ten North Dearborn Street, Eleventh Floor
Chicago, IL 60602
Tel: (312) 214-7900
Fax: (312) 253-1443

*Counsel for the Plaintiff*