UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| GEORGE R. POWELL and BRITNEY FERGUSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>SHISEIDO AMERICAS CORPORATION, a Delaware corporation, PERFECT Corp., a Cayman Islands corporation, and PERFECT CORP., a California corporation,<br><br>    Defendants. | Case No. 2:21-cv-02295-CSB-EIL<br><br>Judge Colin S. Bruce<br><br>Magistrate Judge Eric I. Long |

**DEFENDANT PERFECT CORP. (CA)'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(2) AND 12(b)(6)**

Defendant Perfect Corp. (CA) ("Perfect (CA)"),[1] by and through the undersigned counsel, respectfully submits this Motion to Dismiss Plaintiffs' First Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6) ("FAC"). In support of thereof, Perfect (CA) states as follows:

  1. Plaintiffs have not satisfied their burden to demonstrate that this court has either general personal jurisdiction or specific personal jurisdiction over Defendant Perfect Corp. (CA). Accordingly, the FAC should be dismissed pursuant to Fed. R. Civ. P. 12(b)(2).

---

[1] As of the filing of this Motion, Perfect Corp., a Cayman Islands Corporation ("Perfect ("Cayman")) has not yet been served with the FAC.

2. Plaintiffs fail to allege that Perfect (CA) is capable of identifying Plaintiffs and, therefore, no biometric identifiers or biometric information is collected or possessed. Accordingly, the FAC should be dismissed pursuant to Fed. R. Civ. P. 12(b)(6).

3. Plaintiffs do not sufficiently allege that Perfect (CA) collects, captures, possesses or otherwise obtains biometric identifiers or biometric information. Accordingly, the FAC should be dismissed pursuant to Fed. R. Civ. P. 12(b)(6).

4. Plaintiffs fail to state a claim for enhanced statutory damages based on intentional or reckless conduct.

5. Defendant Perfect Corp. (CA) is contemporaneously filing a Memorandum in Support of the Motion to Dismiss Plaintiffs' First Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6).

WHEREFORE, Perfect (CA) respectfully requests this Court dismiss all claims against Perfect (CA) with prejudice and for such other and further relief the Court deems necessary and appropriate in the interest of justice.

Dated: January 16, 2024

Respectfully submitted,

**PERKINS COIE LLP**

By: s/Debra R. Bernard
Debra R. Bernard
dbernard@perkinscoie.com
110 North Wacker Drive, Suite 3400
Chicago, IL 60606-1511
Telephone: 312.324.8400
*Attorneys for Defendant Perfect Corp. (CA)*

165083306.1

## CERTIFICATE OF SERVICE

    I hereby certify that, on January 16, 2024 a copy of the foregoing Motion was served via the Courts CM/ECF system to all counsel of record.

*/s/Debra R. Bernard*

165083306.1