UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| GEORGE R. POWELL and BRITNEY FERGUSON, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>SHISEIDO AMERICAS CORPORATION, a Delaware corporation, PERFECT Corp., a Cayman Islands corporation, and PERFECT CORP., a California corporation,<br><br>        Defendants. | Case No. 2:21-cv-02295-CSB-EIL<br><br>Judge Colin S. Bruce<br><br>Magistrate Judge Eric I. Long |

### DEFENDANT PERFECT CORP. (CAYMAN)'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(2) AND 12(b)(6)

Defendant Perfect Corp., a Cayman Islands corporation ("Perfect (Cayman)"), by and through the undersigned counsel, respectfully submits this Motion to Dismiss Plaintiffs' First Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6) ("FAC"). In support thereof, Perfect (Cayman) states as follows:

1. Plaintiffs have not satisfied their burden to demonstrate that this court has either general personal jurisdiction or specific personal jurisdiction over Perfect (Cayman). Accordingly, the FAC should be dismissed pursuant to Fed. R. Civ. P. 12(b)(2).

2. Plaintiffs fail to allege that Perfect (Cayman) is capable of identifying Plaintiffs and, therefore, no biometric identifiers or biometric information are collected or possessed. Accordingly, the FAC should be dismissed pursuant to Fed. R. Civ. P. 12(b)(6).

3. Plaintiffs do not sufficiently allege that Perfect (Cayman) collects, captures, possesses or otherwise obtains biometric identifiers or biometric information. Accordingly, the FAC should be dismissed pursuant to Fed. R. Civ. P. 12(b)(6).

4. Plaintiffs fail to state a claim for enhanced statutory damages based on intentional or reckless conduct.

5. Perfect (Cayman) is contemporaneously filing a Memorandum in Support of the Motion to Dismiss Plaintiffs' First Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6).

WHEREFORE, Perfect (Cayman) respectfully requests this Court dismiss all claims against Perfect (Cayman) with prejudice and for such other and further relief the Court deems necessary and appropriate in the interest of justice.

Dated:  May 20, 2024

Respectfully submitted,

**PERKINS COIE LLP**

By: s/*Debra R. Bernard*
Debra R. Bernard
dbernard@perkinscoie.com
Calvin Cohen
ccohen@perkinscoie.com
110 North Wacker Drive, Suite 3400
Chicago, IL 60606-1511
Telephone: 312.324.8400
*Attorneys for Defendant Perfect Corp. (Cayman)*

**CERTIFICATE OF SERVICE**

    I hereby certify that, on May 20, 2024 a copy of the foregoing Motion was served via the Courts CM/ECF system to all counsel of record.

*s/Debra R. Bernard*