# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | |
|---|---|
| GEORGE R. POWELL and BRITTANY FERGUSON, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> SHISEIDO AMERICAS CORPORATION, <br><br> Defendant. | Case No. 21-CV-2295-CSB-EIL <br><br> Judge Colin S. Bruce <br> Magistrate Judge Eric I. Long |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs and attorneys' fees.

Dated this 27th day of March 2025.

AGREED TO BY:

| | |
|---|---|
| */s/ Shana Khader* <br> Shana Khader <br> Hassan Zavareei <br> Glenn E. Chappell <br> Allison W. Parr <br> **TYCKO & ZAVAREEI LLP** <br> 2000 Pennsylvania Ave NW, Suite 1010 <br> Washington, D.C. 20006 <br> *hzavareei@tzlegal.com* <br> *skhader@tzlegal.com* <br> *gchappell@tzlegal.com* <br> *aparr@tzlegal.com* <br> Tel.: 202-973-0900 <br><br> Jonathan M. Jagher <br> **FREED KANNER LONDON & MILLEN LLC** | */s/ Allison W. Buchner* <br> Allison W. Buchner <br> **KIRKLAND & ELLIS LLP** <br> 2049 Century Park East, Suite 3700 <br> Los Angeles, CA 90067 <br> *allison.buchner@kirkland.com* <br> Tel.: 310-552-4302 <br><br> Andrew B. Bloomer <br> **KIRKLAND & ELLIS LLP** <br> 300 North LaSalle Street <br> Chicago, IL 60654 <br> *Andrew.bloomer@kirkland.com* <br> Tel.: 312-862-2000 <br><br> Austin J. Del Priore |

| | |
|---|---|
| 923 Fayette Street<br>Conshohocken, PA 19428<br>*jjagher@fklmlaw.com*<br><br>Adam J. Levitt<br>Amy E. Keller<br>Nada Djordjevic<br>**DICELLO LEVITT LLP**<br>Ten North Dearborn St., Sixth Floor<br>Chicago, IL 60602<br>*alevitt@dicellolevitt.com*<br>*akeller@dicellolevitt.com*<br>*ndjordjevic@dicellolevitt.com*<br>Tel.: 312-214-7900<br><br>James J. Pizzirusso<br>**HAUSFELD LLP**<br>888 16th Street NW, Suite 300<br>Washington, D.C. 20006<br>*jpizzirusso@hausfeld.com*<br>Tel.: 202-540-7200<br><br>Steven M. Nathan<br>**HAUSFELD LLP**<br>33 Whitehall Street, 14 Floor<br>New York, NY 10004<br>*snathan@hausfeld.com*<br>Tel.: 212-202-4322<br><br>Bret K. Pufahl<br>**FOOTE, MIELKE, CHAVEZ, & O'NEEIL, LLC**<br>10 West State Street, Suite 200<br>Geneva, IL 60134<br>*bkp@fmcolaw.com*<br>Tel.: 630-232-7450<br><br>Brandon M. Wise<br>IL Bar # 6319580<br>**PEIFFER WOLF CARR KANE & CONWAY, LLP**<br>818 Lafayette Ave., Floor 2<br>St. Louis, MO 63104<br>*bwise@peifferwolf.com*<br>Tel.: 314-833-4825<br><br>Mason Barney, Esq. | **KIRKLAND & ELLIS LLP**<br>1301 Pennsylvania Ave NW<br>Washington, D.C. 20004<br>*Austin.delpriore@kirkland.com*<br>Tel.: 202-389-5000<br><br>*Attorneys for Defendant, Shiseido Americas Corporation* |

**SIRI & GLIMSTAD LLP**
745 Fifth Ave, Suite 500
New York, NY 10151
mbarney@sirillp.com
Tel.: 646-357-1732

Katrina Carroll
**LYNCH CARPENTER, LLP**
111 W. Washington St., Suite 1240
Chicago IL 60602
katrina@lcllp.com
Tel.: 312-750-1265

Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60606
gklinger@milberg.com
Tel.: 866-252-0878

*Attorneys for Plaintiffs and the Putative Class*